**Grady Edward LLOYD, Plaintiff–Appellant,**

v.

**SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; Phoebe B. Johnson; Mrs. Crock; Gail Fricks; Perry Correctional Institution, Defendants–Appellees.**

No. 00–7429.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 14, 2001.

Grady Edward Lloyd, pro se. Steven Michael Pruitt, Robert W. Cone, McDonald, Patrick, Tinsley, Baggett & Poston, Greenwood, SC, for appellees.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Grady Edward Lloyd appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Lloyd v. South Carolina Dep't of Corr.,* No. CA–99–2206–4–18BF (D.S.C. Sept. 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*